IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS, JR., <br><br> Plaintiff, <br><br> v. <br><br> JOHN SKRABO, SKRABO LIVESTOCK, and SUNDOWN LAND AND CATTLE COMPANY, <br><br> Defendants. | No. FJ 02-0023 MMC <br><br> **ORDER GRANTING PLAINTIFF AND JUDGMENT CREDITOR'S APPLICATION FOR ORDER CORRECTING OUT-OF-STATE REGISTERED JUDGMENT; VACATING HEARING** |

    Before the Court is plaintiff and judgment creditor A.G. Edwards's ("Edwards") Application for Order Correcting Out-of-State Registered Judgment, filed March 16, 2009. Having read and considered the application and the papers filed in support thereof, the Court deems the matter appropriate for decision thereon, hereby VACATES the hearing scheduled for April 17, 2009, and, for the reasons stated by Edwards, finds good cause for the relief sought and hereby GRANTS the application.

    Accordingly, the judgment registered in the above-titled action on June 28, 2002 is hereby AMENDED to substitute the word "defendants" in place of the word "defendant."

    The Clerk shall serve a copy of this Order on Edwards.

    **IT IS SO ORDERED.**

Dated: March 24, 2009

                                              MAXINE M. CHESNEY <br>
                                              United States District Judge