IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS JR., | No. FJ 02-0023 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S PETITION FOR ENLARGEMENT OF TIME** |
| v. | |
| JOHN SKRABO, SKRABO LIVESTOCK, and SUNDOWN LAND AND CATTLE COMPANY, | |
| Defendants. | |

Before the Court is plaintiff A. G. Edwards's ("Edwards") "Petition for Enlargement of Time to Respond Meaningfully to June 13, 2011 Court Order to Show Cause," filed June 29, 2011, by which Edwards requests an extension, to August 31, 2011, of his deadline to show cause why his petition to enforce his June 28, 2002 registered judgment against parties not named therein should not be denied.

GOOD CAUSE APPEARING, Edwards's petition for an enlargement of time is hereby GRANTED. Edwards shall respond to the June 13, 2011 Order to Show Cause no later than August 31, 2011.

**IT IS SO ORDERED.**

Dated: July 5, 2011

MAXINE M. CHESNEY
United States District Judge