IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.G. EDWARDS, JR., <br><br> Plaintiff, <br> v. <br><br> JOHN SKRABO, SKRABO LIVESTOCK, and SUNDOWN LAND AND CATTLE COMPANY, <br><br> Defendants. / | No. FJ 02-0023 MMC <br><br> **ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; DIRECTIONS TO CLERK** |

Before the Court is plaintiff A. G. Edwards, Jr.'s ("Edwards") "Petition to Be Allowed to Appeal In Forma Pauperis," filed October 27, 2011.

Having read and considered the application, the Court hereby DENIES the application, for the reason that Edwards has failed to identify any issue he intends to present on appeal, nor is the Court otherwise aware of any non-frivolous issue Edwards could raise. See Fed. R. App. P. 24(a) (requiring party seeking leave to proceed in forma pauperis on appeal to "state[ ] the issues that the party intends to present on appeal"); Rolland v. Primesource Staffing, L.L.C., 497 F.3d 1077, 1079 (10th Cir. 2007) (denying application to proceed in forma pauperis on appeal where applicant "failed to show the existence of a reasoned, non-frivolous argument on the law and facts in support of the issues raised on appeal.").

Edwards is hereby advised that he may file an application to proceed in forma

1  pauperis on appeal with the Court of Appeals for the Ninth Circuit.  <u>See</u> Fed. R. App. P.
2  24(a)(5).
3        The Clerk of the Court is directed to send a copy of this order to the Court of
4  Appeals for the Ninth Circuit.
5        **IT IS SO ORDERED.**

Dated: November 2, 2011

                                        MAXINE M. CHESNEY
                                        United States District Judge